1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES HILL,                                    No.  2:15-cv-0493 AC P

12                 Plaintiff,

13          v.                                       ORDER

14   PAM AHLIN,

15                 Defendant.

16

17          Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

19   alleges violations of his civil rights by defendant Ahlin.[1]  Plaintiff is confined to Coalinga State

20   Hospital, which is in Fresno County.  Fresno County is part of the Fresno Division of the United

21   States District Court for the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

25   _____

26   [1]  Apart from the named defendants, this complaint is one of a number of virtually identical
     actions that have been filed in or transferred to the Fresno Division of the United States District
27   Court for the Eastern District of California.  See, e.g., Klein v. King, No. 1:14-cv-1440-MJS
     (E.D. Cal.); Jones v. Allenby, No. 1:15-cv-0070-JLT (E.D. Cal.); Mack v. Allenby, No.1:15-cv-
28   0020-LJO-MJS (E.D. Cal.).

                                                     1

1   1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

2   forma pauperis.

3          Good cause appearing, IT IS HEREBY ORDERED that:

4          1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

5          2.  This action is transferred to the United States District Court for the Eastern District of

6   California sitting in Fresno; and

7          3.  All future filings shall reference the new Fresno case number assigned and shall be

8   filed at:

                    United States District Court
9                   Eastern District of California
                    2500 Tulare Street
10                  Fresno, CA 93721

11  DATED: May 22, 2015

12                                             _____
                                               ALLISON CLAIRE
13                                             UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               2